**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Fredrick Michael | ) |
| | ) Case No: 17 C 5153 |
| v. | ) |
| | ) Judge Samuel Der-Yeghiayan |
| Michelle K. Lee | ) |

**ORDER**

On July 19, 2017, this court gave Plaintiff Fredrick Michael (Michael) until August 23, 2017, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form.  Michael was warned that if he failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by August 23, 2017, this case would be dismissed.  The deadline has passed and the docket does not reflect that Michael has paid the filing fee or filed an *in forma pauperis* application form.  Therefore, the instant action is dismissed.  Civil case terminated.

Date:   8/30/17

_____
Samuel Der-Yeghiayan
United States District Court Judge